

# NUMBER 13-15-00160-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE BRENNTAG SOUTHWEST, INC.

## On Petition for Writ of Mandamus.

# ORDER

**Before Justices Garza, Benavides, and Perkes**
**Per Curiam Order**

Relator, Brenntag Southwest, Inc., filed a petition for writ of mandamus and emergency motion for temporary relief in the above cause on April 1, 2015. Through this original proceeding, relator seeks to compel the trial court to withdraw its March 5, 2015 order for the parties to submit to mediation and to direct the trial court to rule on relator's motion to compel arbitration.

The Court, having examined and fully considered the emergency motion for temporary relief, is of the opinion that said motion should be granted. The emergency motion for temporary relief is hereby GRANTED, and the trial court's order of March 5,

2015 and trial court proceedings are ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, Abigail Bazan, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
2nd day of April, 2015.